UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/18
```

ALFREDO CRUZ SANCHEZ, ANTONIO MIGUEL JIMENEZ, DAVID TEXIS TECUAPACHO, LEONARDO CONDE RODRIGUEZ, NICOLAS MENDEZ AVILA, RICARDO TEPI ZENTENO, JORGE ANIBAL GARCIA MEJIA, and MIGUEL ALEX QUIEJ LOPEZ, individually and on behalf of others similarly situated,

Plaintiffs,

- against -

RAINBOW UMBRELLA, LLC (d/b/a RAINBOW UMBRELLA), PETER SCHATZBERG, and TODD MILLMAN,

Defendants.

**ORDER**

17 Civ. 9065 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the initial pretrial conference in this action previously scheduled for January 25, 2018 is adjourned to **Thursday, February 15, 2018, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 22, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge