# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

Faillace@employmentcompliance.com

February 2, 2018

BY HAND

Deyvi Macario Yat Alvarez
1253 Morrison Ave Apt. 1R
Bronx, NY 10472

Re:   <u>Retainer and Legal Representation Agreement</u>

Dear Mr. Yat Alvarez:

We are pleased that you have retained Michael Faillace & Associates, P.C. to provide legal services to you. This letter will confirm the agreement between Michael Faillace & Associates, P.C. (the "Firm") and you (the "Client") as to the scope and nature of the legal services to be provided and the basis on which our Firm's fees and related expenses will be paid.

SCOPE AND NATURE OF REPRESENTATION. Pursuant to the terms of this retainer agreement, the Firm will provide legal services to you in connection with your Federal and State discrimination and wage and hour claims against the company ("Rainbow Umbrella"). Specifically, we will assist in recovering unpaid wage and overtime payments and damages from your Employer. We will agree, in writing, to the terms, conditions and fees of any further action, including litigation in any state or federal court. The Firm has specifically refrained from making any promises or guarantees to the Client about the outcome or success of the Client's matter, and nothing in this agreement shall be construed as such a promise or guarantee.

CONTINGENCY FEE. While you have been offered the option of retaining the Firm's services on an hourly rate of $450 per hour, you have specifically requested that this retainer agreement be structured as a contingency fee, as follows. You will pay us legal fees contingent upon the outcome of the matter. If recovery is made on your behalf, you shall pay us for legal services rendered, the greater of a sum equal 40 % of any and all sums recovered either as a result of trial or by way of settlement (including attorney's fee awards) or the amount of "reasonable attorneys fees" determined by the Court or agreed upon by the defendants. If there is no recovery, you shall owe us no fees other than the initial retainer stated below. It is understood that in certain actions the prevailing party may be entitled to an award of reasonable attorneys fees based on customary hourly rates.

You agree, however, that regardless of recovery, to pay all other fees, expenses and disbursements incurred in this matter such as process server fees, deposition costs, expert fees, court filing fees, copying costs, mailing, delivery and telephone costs. We may agree to advance expenses for you depending upon individual circumstances.

  SETTLEMENT WITHOUT CONSENT. If the Claims are settled by you without the consent of the Firm, you agree to pay the Firm the contingency fee described above based on the full amount of the settlement recovery for your benefit to whomever paid or whatever called. The Firm shall have, in the alternative, the option of seeking compensation on a *quantum meruit* basis to be determined by the court. In such circumstances the court would determine the fair value of the services rendered and the Firm shall have, in addition, its taxable costs, disbursements, and attorneys' fees.

  You are at liberty to terminate our representation at any time you see fit for any reason, or without reason. In that instance, your obligation will be to pay fees and disbursements accrued to the date of termination, plus any fees and disbursements accrued or incurred in connection with effectuating the termination. We reserve the right to stop work or to withdraw from further representation for any of the following reasons: (1) you fail to fully cooperate in our handling of your claim; (2) you do not follow our advice or instructions in the handling of your matters, although we readily acknowledge that you are not obliged to accept our advice on substantive aspects of your matters; or (3) you insist on our acting in a manner we determine to be unethical or illegal.

  In the event of any dispute concerning fees, you may have a right to an arbitration under Part 137 of the Rules of the Chief Administrator.

  If the foregoing meets with your approval, kindly acknowledge your consent on the original letter and return same to my attention. We look forward to working with you.

            Very truly yours,

            MICHAEL FAILLACE & ASSOCIATES, P.C.


            _____
            Michael Faillace, Esq.

Consented to:

_____
Deyvi Macario Yat Alvarez

# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

Faillace@employmentcompliance.com

2 de febrero 2018

MANO A MANO

Deyvi Macario Yat Alvarez  
1253 Morrison Ave Apt. 1R  
Bronx, NY 10472

Re:   Acuerdos sobre representación legal y honorarios

Estimado Sr. Yat Alvarez:

     Estaríamos contentos de representar sus intereses con relación a sus horas extras de trabajo sin pago en contra de la compañía ("Rainbow Umbrella"). Esta carta confirmará el acuerdo entre MICHAEL FAILLACE & ASSOCIATES, P.C. (la "la Firma") y usted (el "cliente") con relación a los servicios legales que se le prestarán, los honorarios de nuestra compañía y los gastos con relación a su caso.

     REPRESENTACIÓN LEGAL Y ALCANCE DE LA MISMA – Nuestras acciones incluyen mandar una carta de demanda, asistirlo a usted en comenzar un procedimiento ante una agencia administrativa, comenzar y procesar una acción en la corte federal o estatal, y/o negociar un acuerdo. La compañía se abstiene específicamente de hacer algún tipo de promesas o dar garantías acerca del resultado o el éxito del asunto, y nada en este acuerdo podrá ser interpretado como una promesa o garantía. Este acuerdo sobre los honorarios no cubre ninguna apelación, que de ser necesario, será el tema de otro acuerdo independiente.

     HONORARIOS DE CONTINGENCIA - Mientras que a usted se la ha ofrecido la opción de retener los servicios de la compañía bajo un salario de $450 la hora, usted ha pedido específicamente que este acuerdo de los honorarios sea estructurado como honorarios de contingencia. Usted nos pagara honorarios legales de acuerdo con el resultado del caso. Si hay recuperación en su favor, usted deberá pagarnos los servicios legales prestados, que será el mayor ya sea de la suma igual a 40% de alguna y toda la suma recuperada como resultado de un juicio o por medio de un acuerdo (incluyendo honorarios legales) o la cantidad equivalente a los "honorarios de un abogado razonable" determinada por la corte o acordada por los acusados. En caso de que no haya recuperación, usted no nos deberá ningunos honorarios aparte del honorario inicial que se encuentra a continuación. Es evidente que en ciertos casos el grupo predominante puede tener derecho a unos honorarios de abogado razonable que es basado en un salario por hora.

     Usted acepta, sin importar la recuperación, pagar todos los otros honorarios, gastos, y desembolsos en este asunto tales como honorarios de procesamiento, costos de deposiciones, honorarios de expertos, honorarios de la corte, costos de fotocopias, correo, mensajeria, y

teléfono. Dependiendo del individuo o individuos, nosotros podríamos empezar a cubrir los gastos para usted.

ACUERDO SIN CONSENTIMIENTO – Si los cargos son arreglados por usted sin el consentimiento de la compañía, usted tendrá que pagarle a la compañía los honorarios de contingencia explicados anteriormente basados en la suma completa de la recuperación a su beneficio quien sea que haya pagado o lo que sea que haya pagado. La compañía tendrá, de lo contrario, la opción de buscar compensación en las bases de *quatum meruit* que será determinada por la corte. En dichas circunstancias, la corte determinará el valor justo de los servicios prestados y la compañía tendrá, adicionalmente, sus gastos de impuestos, desembolso, y honorarios del abogado.

Usted tiene la libertad de terminar nuestra representación en cualquier momento que usted considere apropiado por cualquier razón, o sin ninguna razón. En este caso, su obligación será de pagar los honorarios y los desembolsos acumulados hasta el día de la terminación, además de los honorarios o desembolsos acumulados o adquiridos en conexión a la terminación. Nos reservamos el derecho a poner fin a nuestro trabajo o retirarnos de la representación legal de usted por cualquiera de las siguientes razones: (1) usted deja de cooperar completamente con nuestro manejo de la alegación; (2) usted no sigue nuestros consejos o instrucciones en el manejo de sus asuntos, aunque reconocemos que usted no esta obligado ha aceptar nuestro consejo en asuntos sustantivos del asunto; o (3) usted insiste en actuar de cierta manera que nosotros decidimos es poco ético o ilegal.

En el caso de alguna disputa con respecto a honorarios, usted tiene derecho a un arbitraje bajo la Parte 137 de *Rules of the Chief Administrador* (Reglas del Administrador General).

Si lo anterior cumple con su aprobación, le pedimos que amablemente reconozca su consentimiento en la carta original y devuelva la misma a mi atención. Estamos ansiosos de trabajar con usted.

Sinceramente,

MICHAEL FAILLACE & ASSOCIATES, P.C.

Por:_____
Michael Faillace

Consetido por:

_____
Deyvi Macario Yat Alvarez

# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

Faillace@employmentcompliance.com

February 2, 2018

BY HAND

TO:   Clerk of Court,

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:   Deyvi Macario Yat Alvarez

Legal Representative / Abogado:   Michael Faillace & Associates, P.C.

Signature / Firma:   *[signature]*

Date / Fecha:   2 de febrero 2018

*Certified as a minority-owned business in the State of New York*