UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/18
```

ALFREDO CRUZ SANCHEZ, ANTONIO
MIGUEL JIMENEZ, DAVID TEXIS
TECUAPACHO, LEONARDO CONDE
RODRIGUEZ, NICOLAS MENDEZ
AVILA, RICARDO TEPI ZENTENO,
JORGE ANIBAL GARCIA MEJIA, and
MIGUEL ALEX QUIEJ LOPEZ,
individually and on behalf of others
similarly situated,

        Plaintiffs,

- against -

RAINBOW UMBRELLA, LLC (d/b/a
RAINBOW UMBRELLA), PETER
SCHATZBERG, and TODD MILLMAN,

        Defendants.

**ORDER**

17 Civ. 9065 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that Defendants' deadline to respond to the Complaint is extended until **March 12, 2018**.

        It is further ORDERED that the initial pretrial conference in this action previously scheduled for February 15, 2018 is adjourned to **Thursday, April 5, 2018, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       February 8, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge