LIPPES MATHIAS WEXLER FRIEDMAN LLP
Amy Habib Rittling (AR 6413)
Vincent M. Miranda (VM 0811)
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel: (716) 853-5100
Fax: (716) 853-5199
*Attorneys for Defendant*
*Peter Schatzberg*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALFREDO CRUZ SANCHEZ, ANTONIO MIGUEL JIMENEZ, DAVID TEXIS TECUAPACHO, LEONARDO CONDE RODRIGUEZ, NICOLAS MENDEZ AVILA, RICARDO TEPI ZENTENO, JORGE ANIBAL GARCIA MEJIA, and MIGUEL ALEX QUIEJ LOPEZ, *individually and on behalf of others similarly situated,*

                              *Plaintiffs,*

    -against-

RAINBOW UMBRELLA, LLC (d/b/a RAINBOW UMBRELLA), PETER SCHATZBERG, and TODD MILLMAN,

                              *Defendants.*

**NOTICE OF APPEARANCE**

**Civil Action No.**
**1:17-cv-9065-PGG**

---

**PLEASE TAKE NOTICE** that:

        Amy Habib Rittling, Esq.
        Lippes Mathias Wexler Friedman LLP
        50 Fountain Plaza, Suite 1700
        Buffalo, New York 14202
        Telephone: (716) 853-5100
        Facsimile: (716) 853-5199

hereby appears as counsel for the Defendant Peter Schatzberg in this action.

Dated: March 30, 2018
       Buffalo, New York

                Respectfully submitted,

                **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

                By:   /s/ Amy Habib Rittling
                Amy Habib Rittling (AR 6413)
                Vincent M. Miranda (VM 0811)
                *Attorneys for Defendant Peter Schatzberg*
                50 Fountain Plaza, Suite 1700
                Buffalo, New York 14202
                Telephone: (716) 853-5100
                Fax: (716) 851-5199
                ahabibrittling@lippes.com
                vmiranda@lippes.com

TO:    Colin James Mulholland
          Michael Antonio Faillace
          *Attorneys for Plaintiffs*
          Michael Faillace & Associates, P.C.
          60 East 42nd Street, Suite 4510
          New York, NY 10165
          cmulholland@faillacelaw.com
          michael@faillacelaw.com

          Joseph Daniel Lockinger
          *Attorney for Defendants Rainbow*
          *Umbrella, LLC and Green Summit Group, LLC*
          Tannenbaum Helpern Syracuse & Hirschtritt LLP
          900 Third Avenue
          New York, NY 10022
          lockinger@thsh.com