LIPPES MATHIAS WEXLER FRIEDMAN LLP
Vincent M. Miranda (VM 0811)
Amy Habib Rittling (AR 6413)
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel: (716) 853-5100
Fax: (716) 853-5199
*Attorneys for Defendant*
*Peter Schatzberg*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALFREDO CRUZ SANCHEZ, ANTONIO
MIGUEL JIMENEZ, DAVID TEXIS TECUAPACHO,
LEONARDO CONDE RODRIGUEZ, NICOLAS
MENDEZ AVILA, RICARDO TEPI ZENTENO, JORGE
ANIBAL GARCIA MEJIA, and MIGUEL ALEX QUIEJ
LOPEZ, *individually and on behalf of others similarly situated,*

                      *Plaintiffs,*

-against-

RAINBOW UMBRELLA, LLC (d/b/a RAINBOW
UMBRELLA), PETER SCHATZBERG, and
TODD MILLMAN,

                      *Defendants.*

**NOTICE OF APPEARANCE**

**Civil Action No.**
**1:17-cv-9065-PGG**

---

**PLEASE TAKE NOTICE** that:

        Vincent M. Miranda, Esq.
        Lippes Mathias Wexler Friedman LLP
        50 Fountain Plaza, Suite 1700
        Buffalo, New York 14202
        Telephone:  (716) 853-5100
        Facsimile:  (716) 853-5199

hereby appears as counsel for the Defendant Peter Schatzberg in this action.

Dated: March 30, 2018
       Buffalo, New York

                          Respectfully submitted,

                          **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

                          By:   /s/ Vincent M. Miranda
                          Vincent M. Miranda (VM 0811)
                          Amy Habib Rittling (AR 6413)
                          *Attorneys for Defendant Peter Schatzberg*
                          50 Fountain Plaza, Suite 1700
                          Buffalo, New York 14202
                          Telephone: (716) 853-5100
                          Fax: (716) 851-5199
                          vmiranda@lippes.com
                          ahabibrittling@lippes.com

TO:    Colin James Mulholland
        Michael Antonio Faillace
        *Attorneys for Plaintiffs*
        Michael Faillace & Associates, P.C.
        60 East 42nd Street, Suite 4510
        New York, NY 10165
        cmulholland@faillacelaw.com
        michael@faillacelaw.com

        Joseph Daniel Lockinger
        *Attorney for Defendants Rainbow*
        *Umbrella, LLC and Green Summit Group, LLC*
        Tannenbaum Helpern Syracuse & Hirschtritt LLP
        900 Third Avenue
        New York, NY 10022
        lockinger@thsh.com