UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRUZ SANCHEZ, et al.,

        Plaintiffs,

        v.

RAINBOW UMBRELLA LLC, et al.,

        Defendants.

Case No.: 17 Civ. 9065 (PGG)

**SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the law firm of Lippes Mathias Wexler Friedman LLP is substituted as counsel of record for Defendant **PETER SCHATZBERG** in place and instead of the law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP in the above-entitled action.

A facsimile signature shall be deemed acceptable for the filing of this Stipulation.

Dated: New York, New York
       March 29, 2018

Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, New York 10022
Tel (212) 508-7529
Fax (212) 371-1084

By: _____
    Andrew W. Singer, Esq.
    *Outgoing Attorneys*

Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel (716) 218-7569
Fax (716) 853-5199

By: _____
    Vincent M. Miranda, Esq.
    *Incoming Attorneys*

_____
PETER SCHATZBERG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRUZ SANCHEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RAINBOW UMBRELLA LLC, et al., <br><br> Defendants. | Case No.: 17 Civ. 9065 (PGG) <br><br> **SUBSTITUTION OF COUNSEL** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the law firm of Lippes Mathias Wexler Friedman LLP is substituted as counsel of record for Defendant **PETER SCHATZBERG** in place and instead of the law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP in the above-entitled action.
    A facsimile signature shall be deemed acceptable for the filing of this Stipulation.

Dated:    New York, New York

         March ___, 2018

Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, New York 10022
Tel (212) 508-7529
Fax (212) 371-1084

By: _____
    Andrew W. Singer, Esq.
    *Outgoing Attorneys*


_____  3/17/18
PETER SCHATZBERG

Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel (716) 218-7569
Fax (716) 853-5199

By: _____



Vincent M. Miranda, Esq.
*Incoming Attorneys*

Case 1:17-cv-09065-PGG   Document 27   Filed 03/30/18   Page 3 of 3

Vincent M. Miranda, Esq.
*Incoming Attorneys*