```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRUZ SANCHEZ, et al.,

        Plaintiffs,

v.

RAINBOW UMBRELLA LLC, et al.,

        Defendants.

Case No.: 17 Civ. 9065 (PGG)

**SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the law firm of Lippes Mathias Wexler Friedman LLP is substituted as counsel of record for Defendant **PETER SCHATZBERG** in place and instead of the law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP in the above-entitled action.

A facsimile signature shall be deemed acceptable for the filing of this Stipulation.

Dated: New York, New York
      March 27, 2018

Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, New York 10022
Tel (212) 508-7529
Fax (212) 371-1084

By: _____
    Andrew W. Singer, Esq.
    *Outgoing Attorneys*

Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel (716) 218-7569
Fax (716) 853-5199

By: Vincent Miranda
    Vincent M. Miranda, Esq.
    *Incoming Attorneys*

_____
PETER SCHATZBERG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRUZ SANCHEZ, et al.,

          Plaintiffs,

     v.

RAINBOW UMBRELLA LLC, et al.,

          Defendants.

Case No.: 17 Civ. 9065 (PGG)

SUBSTITUTION OF COUNSEL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the law firm of Lippes Mathias Wexler Friedman LLP is substituted as counsel of record for Defendant PETER SCHATZBERG in place and instead of the law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP in the above-entitled action.

    A facsimile signature shall be deemed acceptable for the filing of this Stipulation.

Dated:    New York, New York

         March ___, 2018


Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, New York 10022
Tel (212) 508-7529
Fax (212) 371-1084

By:_____
    Andrew W. Singer, Esq.
    *Outgoing Attorneys*


_____ 3/27/18
PETER SCHATZBERG

Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel (716) 218-7569
Fax (716) 853-5199

By:_____

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
April 2, 2018

Vincent M. Miranda, Esq.
*Incoming Attorneys*