```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFREDO CRUZ SANCHEZ, ANTONIO MIGUEL JIMENEZ, DAVID TEXIS TECUAPACHO, LEONARDO CONDE RODRIGUEZ, NICOLAS MENDEZ AVILA, RICARDO TEPI ZENTENO, JORGE ANIBAL GARCIA MEJIA, and MIGUEL ALEX QUIEJ LOPEZ, individually and on behalf of others similarly situated,

          Plaintiffs,

- against -

RAINBOW UMBRELLA, LLC (d/b/a RAINBOW UMBRELLA), PETER SCHATZBERG, and TODD MILLMAN,

          Defendants.

**ORDER**

17 Civ. 9065 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that Defendants' deadline to respond to the Complaint is extended until **May 9, 2018**.

      It is further ORDERED that the initial pretrial conference in this action previously scheduled for April 19, 2018 is adjourned to **Thursday, May 17, 2018, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      April 2, 2018

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge