# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 17cv9065                                                                 Purchased/Filed: April 4, 2018

STATE OF NEW YORK       UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

---

Alfredo Cruz Sanchez, et al — Plaintiff

against

Rainbow Umbrella, LLC d/b/a Rainbow Umbrella, et al — Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY       SS.:

James Perone, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on April 5, 2018, at 11:45am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and First Amended Complaint on Green Summit Group, LLC d/b/a Rainbow Umbrella, the Defendant in this action, by delivering to and leaving with Nancy Dougherty, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 303 Limited Liability Company Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 55-60   Approx. Wt: 130lbs   Approx. Ht: 5'3"
Color of skin: White   Hair color: Black   Sex: Female   Other:

Sworn to before me on this
5th day of April, 2018

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
Attny's File No.
Invoice•Work Order # SP1804630

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179