UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALFREDO CRUZ SANCHEZ, ANTONIO MIGUEL JIMENEZ, DAVID TEXIS TECUAPACHO, LEONARDO CONDE RODRIGUEZ, NICOLAS MENDEZ AVILA, RICARDO TEPI ZENTENO, JORGE ANIBAL GARCIA MEJIA, and MIGUEL ALEX QUIEJ LOPEZ, *individually and on behalf of others similarly situated*, |  |
| *Plaintiffs*, | Case No. 1:17-cv-09065-PGG |
| v. | **NOTICE OF APPEARANCE** |
| RAINBOW UMBRELLA, LLC (d/b/a RAINBOW UMBRELLA), PETER SCHATZBERG, and TODD MILLMAN, |  |
| *Defendants*. |  |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Jason B. Klimpl of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action and that the undersigned has been retained as an attorney for defendants Rainbow Umbrella, LLC (d/b/a Rainbow Umbrella), and Todd Millman, and hereby demands that all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York  TANNENBAUM HELPERN
      April 6, 2018  SYRACUSE & HIRSCHTRITT LLP

                                  By: _____s/ Jason B. Klimpl_____
                                              Jason B. Klimpl

                                900 Third Avenue
                                New York, New York 10022
                                (212) 508-7529
                                Fax: (212) 371-1084
                                Email: klimpl@thsh.com

                                *Attorneys for Rainbow Umbrella, LLC (d/b/a Rainbow Umbrella), and Todd Millman*

TO:

All Attorneys of Record