UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALFREDO CRUZ SANCHEZ, et al.,

                                            *Plaintiffs*,

             -against-                             AFFIDAVIT OF
                                                                       SERVICE

                                                                       Case No. 17-cv-9065

RAINBOW UMBRELLA, LLC., *et al.*

                                          *Defendants*.
-------------------------------------------------------------X

STATE OF NEW YORK     )
                                 ) SS.:
COUNTY OF NEW YORK )

       SAMANTHA A. CEDENO CASSINELLI, being duly sworn, deposes and says:

       Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

       On April 3, 2018, I mailed copies of a copy of Judge Paul Gardephe's Order dated April 2, 2018, adjourning the initial pretrial conference to May 17, 2018 at 10:30 a.m., by First Class Mail, through the United States Postal Service to:

Green Summit Group, LLC (d/b/a Rainbow Umbrella)
146 E 44th street
New York, NY 10017

                                                                     _____
                                                                    SAMANTHA A. CEDENO CASSINELLI

Sworn to before me on this
APRIL 3rd _____, 2018.

_____
Notary Public

MARIA J CEDENO CASSINELLI
Notary Public, State of New York
Registration #01CE6332862
Qualified In Nassau County
Commission Expires Nov. 9, 2019

COLIN MULHOLLAND, ESQ
MICHAEL FAILLACE & ASSOCIATES, P C
60 EAST 42ND STREET Rm 4510
NEW YORK NY 10165-0012



$0.470
US POSTAGE
FIRST-CLASS
FROM 10165
APR 03 2018
stamps.com

Green Summit Group, LLC
146 E 44th street
New York NY 10017-4002