UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ALFREDO CRUZ SANCHEZ, ANTONIO MIGUEL JIMENEZ, DAVID TEXIS TECUAPACHO, LEONARDO CONDE RODRIGUEZ, NICOLAS MENDEZ AVILA, RICARDO TEPI ZENTENO, JORGE ANIBAL GARCIA MEJIA, MIGUEL ALEX QUIEJ LOPEZ, ISAIAS ENMANUEL GONZALEZ TULUXAN, and DEYVI MACARIO YAT ALVAREZ, individually and on behalf of others similarly situated,

        Plaintiffs,

-against-

RAINBOW UMBRELLA, LLC (d/b/a RAINBOW UMBRELLA), GREEN SUMMIT GROUP LLC (d/b/a RAINBOW UMBRELLA), PETER SCHATZBERG, and TODD MILLMAN,

        Defendants.

------------------------------------------------------------------- x

Case No.: 17 Civ. 09065 (PGG)

**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Rainbow Umbrella, LLC and Green Summit Group LLC, which are private non-governmental parties, by and through their attorneys, hereby identify their parent corporations and any publicly held corporation owning 10% or more of their stock as follows:

- Black Lexington Group, LLC is the sole parent company of Rainbow Umbrella, LLC, and there is no publicly held corporation that owns 10% or more of Rainbow Umbrella, LLC.

- Black Lexington Group, LLC is the sole parent company of Green Summit Group LLC, and there is no publicly held corporation that owns 10% or more of Green Summit Group LLC.

Dated: New York, New York
       May 10, 2018

**TANNENBAUM HELPERN**
**SYRACUSE & HIRSCHTRITT LLP**

By: _/s/ Jason B. Klimpl_
     Jason B. Klimpl
     Andrew W. Singer
900 Third Avenue
New York, NY 10022
Telephone: (212) 508-6700
klimpl@thsh.com
singer@thsh.com

*Attorneys for Defendants Rainbow Umbrella, LLC, Green Summit Group LLC, and Todd Millman*

To:    Haleigh Amant, Esq.
       Michael Faillace & Associates, P.C.
       60 E. 42nd Street, Suite 4510
       New York, NY 10165
       hamant@faillacelaw.com

       *Attorneys for Plaintiffs*
       [via ECF]


       Amy Habib Rittling
       Vincent M. Miranda
       Lippes Mathias Wexler Friedman LLP
       50 Fountain Plaza, Suite 1700
       Buffalo, New York 14202
       Tel: (716) 853-5100
       Fax: (716) 853-5199

       *Attorneys for Defendant Peter Schatzberg*
       [via ECF]