UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/18

ALFREDO CRUZ SANCHEZ, ANTONIO
MIGUEL JIMENEZ, DAVID TEXIS
TECUAPACHO, LEONARDO CONDE
RODRIGUEZ, NICOLAS MENDEZ
AVILA, RICARDO TEPI ZENTENO,
JORGE ANIBAL GARCIA MEJIA, and
MIGUEL ALEX QUIEJ LOPEZ,
individually and on behalf of others
similarly situated,

Plaintiffs,

- against -

RAINBOW UMBRELLA, LLC (d/b/a
RAINBOW UMBRELLA), PETER
SCHATZBERG, and TODD MILLMAN,

Defendants.

**ORDER**

17 Civ. 9065 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the initial pretrial conference in this action currently scheduled for Thursday, May 17, 2018 will take place on **Thursday, May 24, 2018, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 16, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge