UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFREDO CRUZ SANCHEZ, ANTONIO MIGUEL JIMENEZ, DAVID TEXIS TECUAPACHO, LEONARDO CONDE RODRIGUEZ, NICOLAS MENDEZ AVILA, RICARDO TEPI ZENTENO, JORGE ANIBAL GARCIA MEJIA, MIGUEL ALEX QUIEJ LOPEZ, ISAIAS ENMANUEL GONZALEZ TULUXAN, and DEYVI MACARIO YAT ALVAREZ, individually and on behalf of others similarly situated,

                *Plaintiffs*,

v.

RAINBOW UMBRELLA, LLC (d/b/a RAINBOW UMBRELLA), GREEN SUMMIT GROUP LLC (d/b/a RAINBOW UMBRELLA), PETER SCHATZBERG, and TODD MILLMAN,

                *Defendants*.

Case No.: 17 Civ. 09065 (PGG)

**NOTICE OF APPEARANCE**

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE, that Andrew P. Yacyshyn of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action and that the undersigned has been retained as an attorney for defendants Rainbow Umbrella, LLC (d/b/a Rainbow Umbrella), Green Summit Group LLC (d/b/a Rainbow Umbrella), and Todd Millman, and hereby demands that all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York  
      June 7, 2018

TANNENBAUM HELPERN  
 SYRACUSE & HIRSCHTRITT LLP

By: ___*/s/ Andrew P. Yacyshyn* _____  
      Andrew P. Yacyshyn

900 Third Avenue  
New York, New York 10022  
(212) 508-6792  
Fax: (212) 371-1084  
Email: yacyshyn@thsh.com

*Attorneys for Defendants Rainbow Umbrella, LLC, Green Summit Group LLC, and Todd Millman*

TO:

All Attorneys of Record