```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFREDO CRUZ SANCHEZ, ANTONIO
MIGUEL JIMENEZ, DAVID TEXIS
TECUAPACHO, LEONARDO CONDE
RODRIGUEZ, NICOLAS MENDEZ
AVILA, RICARDO TEPI ZENTENO,
JORGE ANIBAL GARCIA MEJIA, and
MIGUEL ALEX QUIEJ LOPEZ,
individually and on behalf of others
similarly situated,

                Plaintiffs,

- against -

RAINBOW UMBRELLA, LLC (d/b/a
RAINBOW UMBRELLA), PETER
SCHATZBERG, and TODD MILLMAN,

                Defendants.

**ORDER**

17 Civ. 9065 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that Plaintiffs' request for leave to file a Second Amended Complaint (Dkt. No. 47), is granted. Plaintiffs shall file a Second Amended Complaint by **August 17, 2018**.

Dated: New York, New York
       August 10, 2018

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge