```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFREDO CRUZ SANCHEZ, ANTONIO MIGUEL JIMENEZ, DAVID TEXIS TECUAPACHO, LEONARDO CONDE RODRIGUEZ, NICOLAS MENDEZ AVILA, RICARDO TEPI ZENTENO, JORGE ANIBAL GARCIA MEJIA, and MIGUEL ALEX QUIEJ LOPEZ, individually and on behalf of others similarly situated,

Plaintiffs,

- against -

RAINBOW UMBRELLA, LLC (d/b/a RAINBOW UMBRELLA), PETER SCHATZBERG, and TODD MILLMAN,

Defendants.

**ORDER**

17 Civ. 9065 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference previously scheduled for October 11, 2018 is adjourned to **Thursday, December 6, 2018, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
    October 10, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge