# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510                                                                          Telephone: (212) 317-1200
New York, New York 10165                                                                        Facsimile: (212) 317-1620

_____

November 12, 2018

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**RE:** *Cruz Sanchez et al v. Rainbow Umbrella, LLC et al; 17-cv-9065-PGG*

Your Honor:

      Our firm represents Plaintiffs in the above-referenced matter. I write to respectfully request an adjournment of the December 6, 2018 10:30am conference. The reason for the request is that Plaintiffs' counsel may have a conflict with a settlement conference in the Eastern District scheduled for 11:30am[1]. Therefore, we respectfully request an adjournment of the December 6, 2018 10:30am conference. Defendants consent to the request.

                                                       Respectfully Submitted,

                                                    _/s/ *Gennadiy Naydenskiy*_
                                                    Gennadiy Naydenskiy, Esq.
                                                    Michael Faillace & Associates
                                                    60 East 42nd Street, Suite 2540
                                                    New York, New York 10165
                                                    Tel:  (212) 317-1200
                                                    Fax:  (212) 317-1620
                                                    Email:  gnaydenskiy@faillacelaw.com
                                                    *Attorneys for Plaintiffs*

---

[1] Plaintiffs' counsel also has to appear before Judge Daniels on December 6, 2018 at 9:30am.