UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/18
```

ALFREDO CRUZ SANCHEZ, ANTONIO MIGUEL JIMENEZ, DAVID TEXIS TECUAPACHO, LEONARDO CONDE RODRIGUEZ, NICOLAS MENDEZ AVILA, RICARDO TEPI ZENTENO, JORGE ANIBAL GARCIA MEJIA, and MIGUEL ALEX QUIEJ LOPEZ, individually and on behalf of others similarly situated,

     Plaintiffs,

  - against -

RAINBOW UMBRELLA, LLC (d/b/a RAINBOW UMBRELLA), PETER SCHATZBERG, and TODD MILLMAN,

     Defendants.

**ORDER**

17 Civ. 9065 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  It is hereby ORDERED that the conference previously scheduled for December 6, 2018 is adjourned to **Thursday, December 13, 2018, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
   November 14, 2018

            SO ORDERED.

            _____
            Paul G. Gardephe
            United States District Judge