# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510                                                                 Telephone: (212) 317-1200
New York, New York 10165                                                  Facsimile: (212) 317-1620

_____

sisaacson@faillacelaw.com

March 21, 2019

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                         Re:      *Upon Jochola, et al v. Green Summit Group LLC, et al.*
                                       18-cv-1360

                                       *Cruz Sanchez, et al v. Rainbow Umbrella, LLC, et al.*
                                       17-cv-9065

Your Honor:

       This office represents Plaintiffs in the above- referenced matters. We write jointly with counsel for Defendants to request a 30 day extension to file Plaintiffs' motion for settlement to April 22, 2019. The reason for the request is because the parties will shortly circulate a draft agreement and will review and send it to the respective clients after review. Thus, we respectfully request a deadline of April 22, 2019 to submit Plaintiffs' motion for settlement. We thank the Court for its time and attention to this matter.

                                             Respectfully Submitted,

                                             _____/s/_ Michael Faillace
                                             Michael Faillace

cc:      Jason Klimpl, Esq. (via ECF)
          Vincent Miranda, Esq. (via ECF)