# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

sisaacson@faillacelaw.com

March 21, 2019

**BY ECF**

Honorable Paul G. Gardephe  
United States District Judge  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*  
Paul G. Gardephe, U.S.D.J.

Dated: April 4, 2019

Re: *Upon Jochola, et al v. Green Summit Group LLC, et al.*  
18-cv-1360

*Cruz Sanchez, et al v. Rainbow Umbrella, LLC, et al.*  
17-cv-9065 ←

Your Honor:

This office represents Plaintiffs in the above- referenced matters. We write jointly with counsel for Defendants to request a 30 day extension to file Plaintiffs' motion for settlement to April 22, 2019. The reason for the request is because the parties will shortly circulate a draft agreement and will review and send it to the respective clients after review. Thus, we respectfully request a deadline of April 22, 2019 to submit Plaintiffs' motion for settlement. We thank the Court for its time and attention to this matter.

Respectfully Submitted,

_/s/ Michael Faillace_  
Michael Faillace

cc: Jason Klimpl, Esq. (via ECF)  
Vincent Miranda, Esq. (via ECF)

*Certified as a minority-owned business in the State of New York*