# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165
———

**Memo Endorsed:** Upon the parties' request, this case is reopened for the sole purpose of considering whether the parties' settlement agreement should be approved pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). This Court has reviewed and approves the parties' settlement agreement. The Court having approved the parties' settlement agreement, the Clerk will close this case.

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

December 18, 2020

Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

SO ORDERED.

*/s/ Paul G. Gardephe/*
_____
Paul G. Gardephe
United States District Judge
Dated: December 31, 2020

**RE:** *Cruz Sanchez et al v. Rainbow Umbrella, LLC et al;* **17-cv-9065-PGG**
*Upon Jochola, et al v. Green Summit Group LLC, et al.* **18-cv-1360** (collectively, the "Action")

Your Honor:

    Our firm represents Plaintiffs in the above-referenced matter, and we write jointly with counsel for Defendants. We respectfully request Your Honor to restore the action to the calendar for the sole purposes of reviewing the attached settlement agreement for fairness in accordance with *Cheeks v. Freeport Pancake House, Inc*.

    By way of background, the parties entered into a SDNY mediation program in January 2019 and were able to reach a global settlement. For various reasons, it took almost September 2019 for the 16-parties across both consolidated cases to reach a finalized settlement. While the parties had been trying to finalize the settlement, the Court had dismissed the Action. However, in its Order (Dkt No. 67), the Court noted "that if the settlement is not consummated within forty-five days of this order, any party may apply by letter within the forty-five day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored."

# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

_____

   All parties apologize for the delay in seeking Court approval and now ask that this letter serve as their request to have the action restored to the Court's calendar for the purposes of a *Cheeks* review of the parties' settlement agreement. The parties are eager to have this matter finally resolved. Pursuant to *Cheeks*, Defendants' position is that Court-approval is necessary for this settlement to be valid, and that the agreement's payment provisions explicitly require Court approval before they can begin. Plaintiffs disagree and believe the settlement payment is due and owing. In order to avoid further disputes, litigation, and delay, the parties believe the solution to our dispute is to respectfully request Your Honor review the agreement under *Cheeks* and deem it fair and reasonable.

                       Respectfully Submitted,

                        _/s/ *Gennadiy Naydenskiy*_
                       Gennadiy Naydenskiy, Esq.
                       Michael Faillace & Associates
                       60 East 42nd Street, Suite 2540
                       New York, New York 10165
                       Tel: (212) 317-1200
                       Fax: (212) 317-1620
                       Email: gnaydenskiy@faillacelaw.com
                       *Attorneys for Plaintiffs*

   *Cc: All Counsel (via ECF)*